FILED

11/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0399

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0399

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WILLARD DEAN MCCAULOU,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Anne Perron is granted an extension of time to and including November 25, 2020, within which to prepare, file, and serve the transcripts requested on appeal. Any further requests for extensions of time will not be granted without an accompanying court reporter affidavit as required by Rule 9(4), Mont. R. App. P.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2020